```
1001883-Court-A-Unit                    IN RE
MICHAEL B. SOSNA                        DANNY RAYMOND CLARK
3210 ZEBULON ROAD                       101 LENWOOD COURT
ATTORNEY AT LAW
ROCKY MOUNT, NC  27804                  KILL DEVIL HILLS, NC 27948
                                        SSN or Tax I.D.   XXX-XX-8745
                                        -----------------------------
Chapter 13                              CRYSTAL LYNN CLARK
Case Number:   10-01883-8-RDD           101 LENWOOD COURT

                                        KILL DEVIL HILLS, NC 27948
                                        SSN or Tax I.D.   XXX-XX-7946
```

```
                                        United States Bankruptcy Court
                                        1760 Parkwood Boulevard
                                        Courtroom Room 101
                                        Wilson, NC 27893
```

NOTICE OF MOTION FOR CONFIRMATION OF PLAN

Richard M. Stearns, Chapter 13 Trustee  has  filed  papers  with  the  Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u>   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before  07/16/2010, you or your attorney must file with the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your position, and a request for hearing at:

```
                U.S. Bankruptcy Court
                Eastern District of North Carolina
                1760-A Parkwood Blvd
                Wilson, NC   27893
```

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

```
Debtor(s):                       Attorney:                     Trustee:
DANNY RAYMOND CLARK              MICHAEL B. SOSNA              Richard M. Stearns
101 LENWOOD COURT                3210 ZEBULON ROAD             P.O. Box 2218
KILL DEVIL HILLS, NC 27948       ATTORNEY AT LAW               Kinston, NC 28502
-----------------------------    ROCKY MOUNT, NC  27804
CRYSTAL LYNN CLARK
101 LENWOOD COURT
KILL DEVIL HILLS, NC 27948
```

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted  on  the motion at a date, time  and  place  to  be later  set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

```
Date:  June 15, 2010                    Richard M. Stearns
                                        Chapter 13 Trustee
                                        P.O. Box 2218
                                        Kinston, NC 28502
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**

IN RE:                                                                CASE NUMBER: 10-01883-8-RDD

**DANNY RAYMOND CLARK**

**CRYSTAL LYNN CLARK**

**CHAPTER 13**

**DEBTOR(S)**

**MINUTES OF 341 MEETING AND**
**MOTION FOR CONFIRMATION OF PLAN**

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the Court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on April 16, 2010, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C. §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the Trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts on what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

    $2907.00 PER MONTH FOR 57 MONTHS

    **THE ANALYSIS OF THIS PLAN INDICATES THE GENERAL UNSECURED CREDITORS MAY NOT RECEIVE A DIVIDEND. IF FUNDS ARE AVAILABLE TO THE UNSECURED CLASS THE EXACT AMOUNT TO BE PAID EACH CLAIM CANNOT BE CALCULATED AT THIS TIME;**

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this Plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before July 15, 2010 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before September 6, 2010 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

   a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #822  RBC BANK | 2ND MORTGAGE | TO BE PAID DIRECT |

   b. Continuing Long Term Debts to be paid by the Trustee:

   The Trustee will disburse regular ongoing monthly payments effective with the month indicated below with the Debtor to resume direct payments upon completion of plan payments. Arrearage through the month indicated will be paid in full over the term of the plan without interest as funds are available unless otherwise indicated. To receive disbursements, a creditor must file a proof of claim documenting a non-preferential perfected lien against the property. The Trustee will disburse the regular monthly payment indicated below unless an allowed filed claim indicates a different payment.

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #803   FIRST HORIZON HOME LOANS | 1ST MORTGAGE | **IF PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract. Arrearages, if any, to be paid over the life of the plan. Two post-petition contractual payments shall be included in the arrearage claim. **(SEE PARAGRAPH 8 BELOW)** |

   c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #16   WACHOVIA DEALER SERV | '05 CHEV | $19358.34; TO BE PAID OVER THE TERM OF THE PLAN @ 5 ¼% INTEREST |

   d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| #17  IRS | LIEN | $26322.00 SECURED | TO BE PAID OVER THE TERM OF THE PLAN @ 5 ¼% INTEREST |

   e. Claims to be avoided by the debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|

   NONE

Provided sufficient funds are available, and a proof of claim has been filed and allowed, the secured creditors listed above can expect to receive a minimum monthly payment equal to 1% of the value of their collateral.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with that November 5, 2009 Administrative Order Establishing Procedures Governing Post-Petition Conduit Mortgage Payments.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as: "Abandon," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b):

    #8   ATLANTIC DISCOUNT, '99 CADILLAC, THE DEBTOR ABANDONS HIS INTEREST IN THE COLLATERAL.  THE TRUSTEE WILL NOT PAY THIS CLAIM UNLESS A DEFICIENCY CLAIM IS FILED

    #15   TIME FINANCING SERV, '97 FORD, THE DEBTOR ABANDONS HIS INTEREST IN THE COLLATERAL.  THE TRUSTEE WILL NOT PAY THIS CLAIM UNLESS A DEFICIENCY CLAIM IS FILED

    Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 8 above, are based on information known to the Trustee at the time of the filing of this Motion.  The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

| Creditor | Property Leased or Contracted For | Treatment |
|---|---|---|
| NONE | | |

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $3,000.00. The Trustee recommends to the Court a fee of $3,000.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

16. Other Provisions:   The Chapter 13 plan will be deemed complete and shall terminate and a discharge shall be entered at the expiration of said duration [the estimated proposed duration of the plan] or, upon the motion of the debtor(s), with the payment in full of: (1) The following claims, proposed to be paid "inside" the plan, to the extent "allowed": (i) Arrearage claims on secured debts, (ii) Secured claims (not including those to be paid "outside" the plan), (iii) Unsecured priority claims, (iv) Cosign protect claims (only where the Debtor proposes such treatment), plus (2) The required dividend to unsecured, non-priority creditors, if any is required by 11 U.S.C. 1325(b). (For purposes of 11 U.S.C. 1325(b)(1)(B), "unsecured creditors" shall be deemed to mean all unsecured creditors, including both priority and non-priority unsecured creditors.)

                                                      RICHARD M. STEARNS

                                                      _____

                                                      Standing Chapter 13 Trustee

**EXHIBIT 'A'**

**DEBTORS:** DANNY & CRYSTAL CLARK  **CASE NUMBER:** 10-01883-8-RDD

**EMPLOYMENT:**
Debtor:  HOME SOLUTIONS  GROSS INCOME:  $4,550.00
Spouse:  WAL-MART  $950.04

**Prior Bankruptcy cases:** Yes ☐  No ☒  If so, Chapter _____ filed _____
Disposition:

**Real Property:** House and Lot ☒ Mobile home ☐ Lot/Land ☐ Mobile Home/Lot ☐
Description:  RESIDENCE @ 101 LENWOOD COURT
FMV  $265,500.00   Date Purchased
Liens  $270,836.00   Purchase Price
Exemptions   Improvements
Equity  $ 0.00   Insured For
Rent   Tax Value  $295,000.00

Description  N/A
FMV   Date Purchased
Liens   Purchase Price
Exemption   Improvements
Equity  $ 0.00   Insured For
Rent   Tax Value

**COMMENTS:**  THE ABOVE FMV CONSIDERS 10% REDUCTION FOR HYPOTHETICAL LIQUIDATION EXPENSES.

**Attorney Fees:**
Requested:  $3,000.00  (excluding filing fee)
Paid:  $342.00  (excluding filing fee)
Balance:  $2,658.00

**Trustee's Recommendation:**  $3,000.00
Comments:

**Plan Information:**

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $291,013.02 | Pay in | $165,699.00 | Priority | 100.00% |
| Priority | $7,997.05 | Less 10.00% | $16,569.90 | Secured | 100.00% |
| Secured | $138,246.45 | Subtotal | $149,129.10 | Unsecured | 0.00% |
| Unsecured | $144,769.52 | Req. Atty. Fee | $2,658.00 | Joint | 0.00% |
| Joint Debts | $0.00 | Available | $146,471.10 | Co-Debts | 0.00% |
| Co-Debtor | $0.00 | | | | |

**Annual Review:**  Yes ☒  No ☐
**Payroll Deduction:**  Yes ☐  No ☒
Objection to Confirmation:  Yes ☐  No ☒

       Pending:
       Resolved:

<u>Motions Filed:</u>　　　　Yes　☐　　No　☒

       If so, indicate type and status:

Hearing Date:

| CASE: 1001883 | TRUSTEE: 54 | COURT: 278 | | Page 1 of 3 |
|---|---|---|---|---|
| TASK: 06-14-2010.00548557.LSA000 | | DATED: 06/15/2010 | | |

| | | | | |
|---|---|---|---|---|
| Court | | Served Electronically | | |
| Trustee | | Richard M. Stearns | | P.O. Box 2218<br>Kinston, NC 28502 |
| Debtor | | DANNY RAYMOND CLARK | | 101 LENWOOD COURT<br>KILL DEVIL HILLS, NC 27948 |
| Joint | | CRYSTAL LYNN CLARK | | 101 LENWOOD COURT<br>KILL DEVIL HILLS, NC 27948 |
| 799 | 000002 | MICHAEL B. SOSNA<br>ATTORNEY AT LAW | | 3210 ZEBULON ROAD<br>ROCKY MOUNT, NC 27804 |
| 036 | 000036 | MIKE SIERAKOWSKI<br>CHAPTER 13 BANKRUPTCY | | 301 BEAVER LAKE ROAD<br>WARE, MA 01082 |
| 025 | 000025 | ECAST SETTLEMENT CORP<br>CHAPTER 13 BANKRUPTCY | | PO BOX 35480<br>NEWARK, NJ 07193-5480 |
| 017 | 000017 | INTERNAL REVENUE SERVICE<br>INSOLVENCY CENTRALIZATION | | P.O. BOX 21125<br>PHILADELPHIA, PA 19114-0000 |
| 032 | 000032 | INTERNAL REVENUE SERVICE<br>INSOLVENCY CENTRALIZATION | | P.O. BOX 21125<br>PHILADELPHIA, PA 19114-0000 |
| 017 | 000048 | INTERNAL REVENUE SERVICE<br>INSOLVENCY CENTRALIZATION | | P.O. BOX 21125<br>PHILADELPHIA, PA 19114-0000 |
| 017 | 000049 | INTERNAL REVENUE SERVICE<br>INSOLVENCY CENTRALIZATION | | P.O. BOX 21125<br>PHILADELPHIA, PA 19114-0000 |
| 044 | 000044 | SURGERY CENTER OF CHESAPEAKE<br>CHAPTER 13 BANKRUPTCY | | 844 NORTH BATTLEFILD BLVD.<br>CHESAPEAKE, VA 23320 |
| 027 | 000027 | CHESAPEAKE RADIOLOGISTS | | PO BOX 1707<br>CHESAPEAKE, VA 23327 |
| 035 | 000035 | CHESAPEAKE RADIOLOGISTS | | PO BOX 1707<br>CHESAPEAKE, VA 23327 |
| 022 | 000022 | ATLANTIC FINANCIAL | | POB 15186<br>CHESAPEAKE, VA 23328 |
| 033 | 000033 | JORDAN YOUNG INSTITUTE<br>CHAPTER 13 BANKRUPTCY | | 5716 CLEVELAND STREET, SUITE 200<br>VIRGINIA BEACH, VA 23462-1784 |
| 051 | 000054 | SE EMERGENCY PHYSICIANS<br>POB 12907 | | C/O PRA RECEVIABLES MANAGEMENTS LL<br>NORFOLK, VA 23541 |
| 018 | 000018 | ACCOUNT MANAGEMENT CO.<br>CHAPTER 13 BANKRUPTCY | | PO BOX 120567<br>NEWPORT, VA 23612 |
| 028 | 000028 | CREDIT CONTROL CORP. | | PO BOX 120568<br>NEWPORT NEWS, VA 23612 |
| 034 | 000034 | LABORATORY CORPORATION<br>CHAPTER 13 BANKRUPTCY | | PO BOX 2240<br>BURLINGTON, NC 27216 |
| IRS | 000004 | IRS<br>INSOLVENCY SUPPORT SERVICES | | 320 FEDERAL PLACE, ROOM 327<br>GREENSBORO, NC 27401 |
| 038 | 000038 | NC DEPT. OF REVENUE<br>ATTN: ANGELA FOUNTAIN | | PO BOX 1168<br>RALEIGH, NC 27602-1168 |
| NCREV | 000005 | NC DEPT OF REVENUE<br>CHAPTER 13 BANKRUPTCY | | PO BOX 1168<br>RALEIGH, NC 27602-1168 |
| ESC | 000003 | EMPLOYMENT SECURITY COMMISSION<br>CHAPTER 13 BANKRUPTCY | | PO BOX 26504<br>RALEIGH, NC 27611 |
| 040 | 000040 | PROFESSIONAL RECOVERY<br>CHAPTER 13 BANKRUPTCY | | PO BOX 51187<br>DURHAM, NC 27717-1187 |

| | | | | |
|---|---|---|---|---|
| CASE: 1001883 | TRUSTEE: 54 | COURT: 278 | | Page 2 of 3 |
| TASK: 06-14-2010.00548557.LSA000 | | DATED: 06/15/2010 | | |

| | | | |
|---|---|---|---|
| 053 | 000056 | RBC CENTURA BANK<br>PO BOX 1220 | JEANNA HARRELL<br>ROCKY MOUNT, NC 27802-1220 |
| 822 | 000014 | RBC BANK (USA) | PO BOX 2155<br>ROCKY MOUNT, NC 27802-1225 |
| 041 | 000041 | RBC BANK (USA) | PO BOX 2155<br>ROCKY MOUNT, NC 27802-1225 |
| 045 | 000045 | OUTER BANKS HOSPITAL<br>CHAPTER 13 BANKRUPTCY | PO BOX 8409<br>GREENVILLE, NC 27834-8409 |
| 048 | 000050 | WILLIAM F. HILL, PA | PO BOX 2517<br>GREENVILLE, NC 27836 |
| 008 | 000008 | ATLANTIC DISCOUNT<br>CHAPTER 13 RECOVERY | PO BOX 2771<br>ELIZABETH CITY, NC 27906 |
| 015 | 000015 | TIME FINANCING SERVICE<br>BANKRUPTCY UNIT | P. O. BOX 2575<br>ELIZABETH CITY, NC 27906 |
| 006 | 000006 | FDBA:OUTER BANKS THRIFT STORE, INC.<br>CHAPTER 13 GANKRUPTCY | 101 LENWOOD COURT<br>KILL DEVIL HILLS, NC 27948 |
| 007 | 000007 | DC ANTIQUES<br>CHAPTER 13 BANKRUPTCY | 101 LENWOOD COURT<br>KILL DEVIL HILLS, NC 27948 |
| 021 | 000021 | ATLANTIC DISCOUNTERS | PO BOX 2581<br>KILL DEVIL HILLS, NC 27948 |
| 043 | 000043 | SUN REALTY, INC.<br>CHAPTER 13 BANKRUPTCY | 1500 SOUTH CROATAN HWY.<br>KILL DEVIL HILLS, NC 27948 |
| 047 | 000047 | DANNY RAYMOND CLARK<br>CHAPTER 13 BANKRUPTCY | 101 LENWOOD COURT<br>KILL DEVIL HILLS, NC 27948 |
| 023 | 000023 | BEACH MEDICAL CARE<br>CHAPTER 13 BANKRUPTCY | 5200 N. CROATAN HWY<br>KITTY HAWK, NC 27949-0000 |
| 042 | 000042 | REGIONAL MEDICAL CENTER | 5200 N CROATAN HWY<br>KITTY HAWK, NC 27949-0000 |
| 049 | 000051 | SEAN M CORCORAN, ATTY AT LAW<br>5121 PARKWAY PLAZA DR, STE 300 | BROCK & SCOTT<br>CHARLOTTE, NC 28217 |
| 024 | 000024 | CAPITAL ONE<br>CHAPTER 13 BANKRUPTCY | PO BOX 71083<br>CHARLOTTE, NC 28272 |
| 039 | 000039 | ONLINE COLLECTION SERVICES<br>BANKRUPTCY DEPARTMENT PAYMENTS | PO BOX 1489<br>WINTERVILLE, NC 28590 |
| 020 | 000020 | ASSET MANAGEMENT PROF.<br>CHAPTER 13 BANKRUPTCY | PO BOX 2824<br>WOODSTOCK, GA 30188 |
| 031 | 000031 | NATIONS RECOVERY CENTER, INC | 6491 PEACHTREE INDUSTRIAL BLVD.<br>ATLANTA, GA 30360 |
| 019 | 000019 | ACCOUNTS RECOVERY | PO BOX 1673<br>BRUNSWICK, GA 31520 |
| 050 | 000053 | GE MONEY BANK<br>25 SE 2ND AVENUE, STE 1120 | RECOVERY MGMT SYS CORP.<br>MIAMI, FL 33131 |
| 030 | 000030 | HOME DEPOT | PO BOX 689100<br>DES MOINES, IA 50368-9100 |
| 046 | 000046 | AMO RECOVERIES | 6737 W WASHINGTON ST. STE 3118<br>MILWAUKEE, WI 53214 |
| 026 | 000026 | MED DIRECT | POB 88073<br>CHICAGO, IL 60680 |
| 029 | 000029 | CAROLINA TELEPHONE & TELEGRAPH CO. | M/S: PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 |

# CERTIFICATE OF MAILING

| | | | | |
|---|---|---|---|---|
| CASE: 1001883 | TRUSTEE: 54 | COURT: 278 | | Page 3 of 3 |
| TASK: 06-14-2010.00548557.LSA000 | | DATED: 06/15/2010 | | |

| | | | |
|---|---|---|---|
| 802 | 000009 | FIRST HORIZON HOME LOANS<br>MAIL CODE 6412 | 4000 HORIZON WAY<br>IRVING, TX 75063 |
| 800 | 000010 | FIRST HORIZON HOME LOANS<br>MAIL CODE 6412 | 4000 HORIZON WAY<br>IRVING, TX 75063 |
| 801 | 000011 | FIRST HORIZON HOME LOANS<br>MAIL CODE 6412 | 4000 HORIZON WAY<br>IRVING, TX 75063 |
| 803 | 000052 | FIRST HORIZON HOME LOANS<br>MAIL CODE 6412 | 4000 HORIZON WAY<br>IRVING, TX 75063 |
| 052 | 000055 | WELLS FARGO DEALER SERVICES | POB 19657<br>IRVINE, CA 92623-9657 |
| 016 | 000016 | WELLS FARGO DEALERS | POB 25341<br>SANTA ANA, CA 92799 |
| 037 | 000037 | ROUNDUP FUNDING, LLC<br>PO BOX 91121 | MS 550<br>SEATTLE, WA 98111-9221 |

57 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON  06/15/2010.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    06/15/2010    BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail